# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ERIC C. CHRISTU,** as personal representative of the
**ESTATE OF SIMON C. FIREMAN,** and **ERIC C. CHRISTU** and
**KENNETH MEEWES,** as co-trustees of the Simon C. Fireman 2005
Revocable Trust,
Appellants,

v.

**STEPHANIE PIZZOLA,**
Appellee.

Nos. 4D18-1591 and 4D18-3028

[May 9, 2019]

Consolidated appeals from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Janis Brustares Keyser, Judge; L.T. Case No. 502011CP005080XXXXMB.

Matthew S. Sackel and Amy M. Wessel of Shutts & Bowen LLP, West Palm Beach, for appellant Eric C. Christu.

Peter Matwiczyk, Jr. of Boyes, Farina & Matwiczyk, P.A., Palm Beach Gardens, for appellant Kenneth Meewes.

Edward Downey of Downey | McElroy, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***